## HITT v. CAMP ET AL.

[No. 13,271.   Filed September 13, 1929.   Rehearing denied December 18, 1929.]

*Samuel Ashby, John D. Welman* and *Phelps F. Darby,* for appellant.
*Winfield K. Denton, U. W. Youngblood* and *Roscoe Kiper,* for appellees.

PER CURIAM.—Affirmed.

## UNION CHRISTIAN COLLEGE v. COFFMAN, COUNTY TREASURER, ET AL.

[No. 13,531.   Filed October 30, 1929.   Rehearing denied December 18, 1929.]

*Charles D. Hunt,* for appellant.
*Lindley & Bedwell* and *Norval K. Harris,* for appellees.

PER CURIAM.—Affirmed.

## WILKEY v. MANCOURT.

[No. 13,392.   Filed October 3, 1929.   Petition for rehearing dismissed December 20, 1929.]

*Henry W. Moore,* for appellant.
*Catlin & Catlin* and *Cooper, Royse, Gambill & Crawford,* for appellee.

PER CURIAM.—Affirmed.